# IN THE COURT OF CRIMINAL APPEALS

# OF THE STATE OF TEXAS

## NOS. PD-1121-14 & PD-1122-14

MARCUS LEE JEFFERSON, Appellant

v.

THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIRST COURT OF APPEALS

## HARRIS COUNTY

FILED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

## Motion for extension of time

Appellant failed to file copies of petition for discretionary review as required. Petition did not contain a copy of the opinion of the court of appeals.

Appellant, **Marcus Lee Jefferson**, has file a **Motion for Extension of Time of 30 days** to complete necessary **Order** given: IN THE COURT OF CRIMINAL APPEALS OF TEXAS.

This motion is not made for the purpose of delay,

WHEREFORE, PREMISES CONSIDERED,

Appellant prays that this Honorable Court grants the extension of time to complete the order of the Criminal Court of Appeals.

Respectfully,

Marcus Lee Jefferson

19822 River Breeze Dr.
Tomball, Texas 77375
PH. 281.773.1448

March 2, 2015